IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY JOEL PARSONS,                     Case No. 6:12-cv-01693-MA

        Plaintiff,                  ORDER FOR EAJA FEES

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

On February 12, 2014, the parties filed a Stipulated Application for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in which the parties agree that plaintiff should be awarded fees in the amount of $5,003.36. (#22.)

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $5,003.36 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, subject to verification that plaintiff does not have a debt which qualifies for offset against

1 - ORDER FOR EAJA FEES

the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorneys, Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __13__ day of FEBRUARY, 2014.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge